

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:  Cynthia Garcia, Individually and as next friend of G.G., E.G., A.G. and M.G., minor children and as Representative of the Estate of Gilberto Garcia v. S. J. Louis Construction, Inc., S.J. Louis Construction of Texas Ltd.,S.J. Louis, LLC,William Gerald Taylor d/b/a Taylor Tunnel Boring, Kellogg Brown & Root Services, Inc., Kellogg Brown & Root, LLC and KBR, Inc.

Appellate case number:  01-19-00319-CV

Trial court case number:  2016-20374

Trial court:  113th District Court of Harris County

The motion for en banc reconsideration filed October 28, 2020, is DENIED. It is so ORDERED.

Judge's signature: __/s/ Richard Hightower_____
                            Acting for the Court

Date: __December 15, 2020_____

The en banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.